

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2022

No. 04-22-00013-CV

**THE HENDERSON-WESSENDORFF FOUNDATION**,
Appellant

v.

**PIONEER NATURAL RESOURCES USA, INC.**,
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 17-08-00196-CVK
Honorable Lynn Ellison, Judge Presiding

## O R D E R

Appellant's brief was originally due March 24, 2022. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to April 11, 2022. On April 11, 2022, appellant filed a motion requesting an additional extension of time to file the brief until May 11, and we granted appellant's motion.

On May 12, 2022, appellant filed a third motion for extension of time requesting an additional 14 days to file the brief, for a total extension of 62 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file its brief **by May 25, 2022. Counsel is advised that no further extensions of time will be granted absent extraordinary circumstances.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court